ANTHONY BOTTOM, Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 121214.)

Submitted December 19, 2016; decided February 14, 2017

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for poor person relief dismissed as academic.

Judge WILSON taking no part.

CENTRAL NATIONAL BANK, CANAJOHARIE, Respondent, v SCOTTY'S AUTO SALES, INC., Defendant, and ELAINE AMIDON, Appellant.

Submitted December 19, 2016; decided February 14, 2017

Motion for reargument of motion for leave to appeal denied [see 28 NY3d 1044 (2016)].

Judge WILSON taking no part.

FRANK ANDERSON DAVIS, Appellant, v ORVA OMEGA DAVIS, Also Known as ORVA OMEGA ALEXANDER, Respondent.

Submitted December 19, 2016; decided February 14, 2017

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

Judge WILSON taking no part.